# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT J. FREENEY,<br><br>            Plaintiff,<br><br>     vs.<br><br>EVA D. WEINBERG,<br><br>            Defendant. | Case No. 2:14-CV-5245 MMM-PLAx<br><br>Assigned to Hon. Margaret M. Morrow, Courtroom 780<br><br>**JUDGMENT** |

Pursuant to the Parties' Stipulation and Proposed Judgment and Order, IT IS HEREBY ADJUDGED AND ORDERED that:

1. JUDGMENT is entered in favor of Plaintiff Dwight Freeney and against Defendant Eva Weinberg in the amount of $20,000.

2. No costs or attorney's fees are awarded.

3. This Judgment reflects a compromise of disputed claims. It is not intended as an admission of liability on the part of Defendant Eva Weinberg and is not intended to have any collateral estoppel or *res judicata* effect in any other proceeding.

Dated: August 7, 2015

By: /s/ Margaret M. Morrow
Hon. Margaret M. Morrow
United States District Court

**STIPULATED JUDGMENT**

182718.4